

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Sidney C. Lee
County Attorney
Texarkana, Texas

Dear Sir:

Opinion No. O-2572
Re: Frequency of Independent
School District abolition
elections.

In your letter of July 23, 1940, you mention that about a month ago an election was held in the Buchanan Independent School District to determine whether or not the district should be abolished. The results of the election were unfavorable to the abolition of the district and now a group of voters are about to petition for another election on the same question. You request an opinion in response to this question:

"Is there any specific time that must elapse from the time of holding the first election before another election can be held?"

Article 2767, Revised Civil Statutes, provides for the calling and holding of such elections. Neither it nor any other statute attempts to fix any period of time to intervene between such elections. Our answer to your question is necessarily a negative one.

APPROVED AUG 1, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

GRL:db

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis
Glenn R. Lewis
Assistant



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT